# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN DAVID O'NEAL,** | NO. EDCV 13-00188-DDP (MAN) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| **DEPUTY STEWART, et al.,** | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no party has filed Objections with the Court. The Court accepts the Report, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) defendants' motion to dismiss is DENIED; and (2) defendants shall file and serve an Answer to the Second Amended Complaint within thirty (30) days.

DATED: August 4, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE